# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHFIELDS CAPITAL I LP, et al.,<br><br>                                Plaintiffs,<br>v.<br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>                                Defendants. | Case No.: 3:18-cv-01276-MMA-AGS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**<br><br>[Doc. No. 65] |

Attorney Alex Galev moves to withdraw as counsel of record for Plaintiffs. *See* Doc. No. 65. The motion is unopposed to date. The Court finds the matter suitable for determination on the papers and without oral argument pursuant to Civil Local Rule 7.1.d.1. This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the motion. Accordingly, the Clerk of Court is instructed to terminate Alex Galev as attorney of record for Plaintiffs.

**IT IS SO ORDERED.**

Dated: May 27, 2020

_____

HON. MICHAEL M. ANELLO

United States District Judge