UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| HIGHFIELDS CAPITAL I LP, et al., Plaintiffs, v. SEAWORLD ENTERTAINMENT, INC., et al., Defendants. | Case No.: 18-cv-1276-MMA-AGS **ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER (ECF 121)** |
|---|---|

The Court grants in part and denies in part the parties' joint motion to amend the pretrial scheduling order. The new dates are:

| Event | Deadline |
|---|---|
| Conduct depositions of previously noticed/subpoenaed individuals or entities | January 29, 2021 |
| Expert Witness Designations and Disclosures | March 12, 2021 |
| Rebuttal Expert Witness Designations and Disclosures | April 23, 2021 |
| Expert Discovery Completion | June 4, 2021 |
| MSC Statements | June 21, 2021 |
| Mandatory Settlement Conference | June 28, 2021, at 9:00 a.m. |
| Pretrial Motions and *Daubert* Motions | August 13, 2021 |

1  This order only modifies the dates in the scheduling order (ECF 63); all other
2  provisions of that order remain in effect.
3  Dated: November 6, 2020

_____
Hon. Andrew G. Schopler
United States Magistrate Judge