UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHFIELDS CAPITAL I LLP, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-cv-1276-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION AND SETTING BRIEFING SCHEDULE**<br><br>[Doc. No. 126] |

　　　On August 11, 2021, the parties filed a joint motion to set a special briefing schedule on their summary judgment and *Daubert* motions. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **SETS** the following briefing schedule:

　　　1.　　**Summary Judgment**: Defendants, collectively, and Plaintiffs, collectively, may each file a motion for summary judgment with memorandum of law in support no greater than thirty-five (35) pages (supporting papers, including the statement of undisputed material facts, shall not count against that page limit), on or before **August 20, 2021**. Defendants, collectively, and Plaintiffs, collectively, may each file an opposition to a motion for summary judgment on or before **October 15, 2021**. The opposition shall be limited to the page length of the moving brief, except that the

opposition shall be limited to twenty-five (25) pages if the moving brief is less than twenty-five (25) pages (supporting papers, including any response to a movant's statement of undisputed material facts, shall not count against that page limit). Defendants, collectively, and Plaintiffs, collectively, may each file a reply brief, which shall not exceed fifteen (15) pages, on or before **November 12, 2021** (supporting papers, including any reply statement of undisputed material facts, shall not count against that page limit).

2. **_Daubert_ Motions**: Defendants, collectively, and Plaintiffs, collectively, shall file any motions directed to *Daubert* issues, with memorandum of law in support for each motion no greater than twenty-five (25) pages, on or before **August 20, 2021**. Defendants, collectively, and Plaintiffs, collectively, shall file any opposition(s), which shall not exceed twenty-five (25) pages, on or before **October 15, 2021**. Defendants, collectively, and Plaintiffs, collectively, shall file any reply brief(s), which shall not exceed ten (10) pages, on or before **November 12, 2021**.

3. **Hearing Date**: The Court will hold a hearing on the foregoing motions on **January 10, 2022 at 2:30 p.m.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: August 12, 2021

HON. MICHAEL M. ANELLO
United States District Judge