UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHFIELDS CAPITAL I LP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. 18-cv-1276-MMA (AGS)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[Doc. No. 152] |

On October 22, 2021, attorney Thomas E. Redburn, Jr. filed a motion to withdraw as counsel of record for Plaintiffs. The motion is unopposed to date. Upon due consideration, good cause appearing, the Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to update the docket of this action accordingly.

**IT IS SO ORDERED**.

Dated: November 8, 2021

HON. MICHAEL M. ANELLO
United States District Judge