UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHFIELDS CAPITAL I LLP, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 18-cv-1276-MMA (AGS)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' SECOND SET OF EVIDENTIARY OBJECTIONS**<br><br>[Doc. No. 182] |

Currently pending before the Court are the parties' cross-motions for summary judgment, *Daubert* motions, and various evidentiary objections. Plaintiffs now, *ex parte*, seek leave to file a response to Defendants' second set of evidentiary objections. Defendants have not opposed the request to date. Therefore, upon due consideration, good cause appearing, the Court **GRANTS** Plaintiffs' motion. The Court **DIRECTS** the Clerk of Court to file Plaintiffs' response to Defendants' second set of evidentiary objections, Doc. Nos. 182-3 and 182-4, as of the date of this Order.

**IT IS SO ORDERED.**

Dated: November 24, 2021

HON. MICHAEL M. ANELLO
United States District Judge