# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGHFIELDS CAPITAL I LLP, et al.,<br><br>Plaintiffs,<br>v.<br>SEAWORLD ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No.: 18-cv-1276-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION AND SETTING PRETRIAL SCHEDULE**<br><br>[Doc. No. 207] |

On April 18, 2022, the parties filed a joint motion to set various pretrial dates and deadlines. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **SETS** the following schedule:

1. **Pretrial Disclosures**: Counsel must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **May 23, 2022**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37. Any objections to Rule 26(a)(3) pretrial disclosures must be filed on or before **July 29, 2022**.

2. **Motions In Limine**: The parties must file their motions in limine on or before **June 13, 2022**, and briefs in support may not exceed fifty (50) pages in length. The parties must file their opposition briefs on or before **July 11, 2022**, which shall not exceed forty (40) pages. No reply briefs will be accepted. *See* Civ. Cham. R. IX. Motions in limine will be heard at the Final Pretrial Conference. The parties should consult the undersigned's Civil Chambers Rules, available on the Court's website, for further information and instructions regarding motions in limine.

3. **Memoranda of Contentions of Fact and Law**: The parties must file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **June 13, 2022**.

4. **Final Pretrial Conference**: The Final Pretrial Conference is scheduled for **August 16, 2022** at **9:30 a.m.** in Courtroom 3C.

5. **Pretrial Order**: The parties must submit a joint proposed final pretrial order via email to Judge Anello's official e-file email address, efile_anello@casd.uscourts.gov, on or before **August 31, 2022**. *See* Civ. Cham. R. X.B. The parties should consult Civil Local Rule 16.1.f.6.c regarding proper form and content. Additionally, the parties have agreed to comply with the following deadlines:

   a. Meet and confer on stipulations, agreements, and contents of the final pretrial order by **August 1, 2022**;
   b. Draft pretrial order to defense counsel by **August 23, 2022**; and
   c. Conclude meet and confer on pretrial order by **August 29, 2022.**

6. **Proposed Jury Instructions**: The parties must file proposed jury instructions and verdict forms no later than **5:00 p.m. (PDT)** on **September 13, 2022**. *See* Civ. Cham. R. X.C. The parties must simultaneously email an electronic copy (Microsoft Word format) to the undersigned's e-file email address, efile_anello@casd.uscourts.gov.

7. **Trial Exhibits**: The parties must provide the Court with two copies of their exhibits no later than **3:00 p.m. (PDT)** on **September 14, 2022**. *See* Civ. Cham. R. X.D.

1  The parties must deliver their exhibits directly to Chambers on the Third Floor of the
2  Edward J. Schwartz United States Courthouse.
3      8.    **Trial**: Trial is set to begin on **Tuesday, September 20, 2022** at **8:30 a.m.** in
4  Courtroom 3C.
5      **IT IS SO ORDERED.**
6  Dated: April 19, 2022

*[signature]*
HON. MICHAEL M. ANELLO
United States District Judge